IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02706-ZLW-BNB

MICHAEL POWELL, and
CASSANDRA POWELL,

Plaintiffs,

v.

NATIONS RECOVERY CENTER, INC., a Georgia corporation,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion for Entry of Protective Order** [docket no. 11, filed March 3, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.


DATED: March 5, 2009